IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| MARINER POST-ACUTE NETWORK, : | |
| INC., : | Bankruptcy Case No. 00-00113-MFW |
| Debtor. : | |
| : | |
| RAJ SINGH d/b/a NURSING : | |
| ASSOCIATION OF AMERICA, : | |
| Appellant, : | |
| v. : | Civil Action No. 04-0208 |
| MARINER POST-ACUTE NETWORK, : | |
| INC., : | |
| Appellee. : | |

**FINAL ORDER**

At Wilmington, this 8 day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Order of the Bankruptcy Court dated February 27, 2004 is AFFIRMED.

_____
UNITED STATES DISTRICT JUDGE