IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re

| | | |
|---|---|---|
| **Mariner Post-Acute Network, Inc.** | ) ) | |
| Debtors | ) | Bankruptcy Case 00-00113 |
| Raj Singh d/b/a Nursing Association of America, | ) ) ) | |
| Appellant | ) ) | |
| v. | ) ) | Civil Action No. 04-208 JJF |
| Mariner Post-Acute Network, Inc., | ) ) | |
| Appellee. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Rebecca V. Speaker, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on July 12, 2005 she caused a copy of the following to be served as indicated on the attached list:

- **Memorandum Opinion [Docket No. 16]**
- **Order [Docket No. 17]**

/s/ Rebecca V. Speaker
Rebecca V. Speaker
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 12th day of July, 2005.

/s/ Barbara Witters
Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13 2007

RLF1-2898653-1

**Via First Class Mail**
Raj Singh
Nursing Association of America
P.O. Box 162783
Sacramento, CA 95816

RLF1-2898653-1