# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

DISTRICT COURT DOCKET NUMBER: 04-CV0208

In Re Mariner Post-Acute Network

v.

DISTRICT COURT JUDGE: JJF

Notice is hereby given that ___Raj Singh DBA NAA___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on __7/8/05__
(date)

Dated: __7/15/05__

_(signature)_
(Counsel for Appellant-Signature)

```
FILED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Raj Singh
(Name of Counsel - Typed)

P.O. Box 162783
(Address)

Sacramento, CA 95816
(City, State Zip)

_____
(Telephone Number)

Richards, Layton & Finger
(Counsel for Appellee)

P.O. Box 551
(Address)

Wilmington, Delaware 19899.
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



FROM:-
P.O. BOX 162783
SACRAMENTO, CA 95816

TO: CLERK, U.S. DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON,
DE 19801.