# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MARINER POST-ACUTE NETWORK, INC., ) | Bankruptcy Case No. 00-00113 (MFW) |
| ) | |
| Debtor ) | |
| _____) | |
| ) | |
| RAJ SINGH d/b/a NURSING ) | |
| ASSOCIATION OF AMERICA, ) | |
| ) | |
| Appellant, ) | CIVIL ACTION NO. 04-0208 (JJF) |
| vs ) | |
| ) | |
| MARINER POST-ACUTE NETWORK, ) | |
| INC., ) | |
| ) | |
| Appellee. ) | |

### APPELLEE'S COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL OF ORDER AFFIRMING THE ORDER GRANTING REORGANIZED DEBTORS' FIFTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION AS IT RELATES TO CLAIM NO. 7269 BY NURSING ASSOCIATION OF AMERICA

Pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure, Appellee Mariner Post-Acute Network, Inc. and its affiliates, Reorganized Debtors in the above-styled case (collectively, the "Reorganized Debtors") shows that Appellant has not yet designated items to be included in the record on appeal; however, Appellee hereby specifically designates the following items to be included in the record on appeal of the Order Affirming the Order Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection as it Relates to Claim No 7269 by Nursing Association of America:

RLF1-2913314-1

1. Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection to Claims (Reclassification), Docket No. 5891

2. Affidavit of Devin Ehrlich in Support of Reorganized Debtors' Substantive Omnibus Objection to Claims (Reclassification), Docket No. 5892

3. Affidavit of William Straub in Support of Reorganized Debtors' Substantive Omnibus Objection to Claims (Reclassification), Docket No. 5893

4. Affidavit of Kymberlee Keefe in Support of Reorganized Debtors' Substantive Omnibus Objection to Claims (Reclassification), Docket No. 5894

5. Affidavit/Declaration of Mailing of Poorman-Douglas re: Reorganized Debtors' Fifty Second Omnibus (Substantive) Objection to Claims (Reclassification), Docket No. 5984

6. Omnibus Notice of Filing of Proofs of Claim, Docket No. 6012

7. Certification of Counsel re: Docket No. 5891 (Fifty-Second Omnibus Claims Objection), Docket No. 6138

8. Order Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection to Claims (Reclassification), Docket No. 6154

9. Affidavit/Declaration of Mailing of Poorman-Douglas Corp. re: Order Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection to Claims (Reclassification), Docket No. 6197

10. Order Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection to Claim No. 5753 (Reclassification), Docket No. 6324

11. Affidavit/Declaration of Service of Rebecca V. Childs re: Order Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection to Claim No. 5753 (Reclassification) [Docket No. 6324], Order Granting Reorganized Debtors' Objection to Claim

No 6011 by Whittman-Hart, Inc. [Docket No 6325], Order Granting Reorganized Debtors' Objection to MHG Claim No 3668 and MPAN Claim No 10151 Filed by The Estate of Ethel Rivers by and through James Rivers, as Personal Representative [Docket No 6329], Order on Objection to Claims by Carematrix Related Entities [Docket No 6330], Order Granting Reorganized Debtors' Objection to Claim No 1147 by General Electric Corporation (Reclassification) [Docket No 6331], Order Granting Reorganized Debtors' Objection to Claim No 10438 by Dorothy Young (Wrong Debtor) [Docket No 6332], Order Granting Motion to Permit Filing of MHG Claim No 3878 Previously Filed in MHG Cases [Docket No 6333], Docket No 6339

12.   Objection to Fifty-Second Omnibus Objection to Claims, Docket No 6369

13.   Supplemental Objection to Fifty-Second Omnibus Objection to Claims, Docket No 6406

14   Reorganized Debtors' Supplement to its Fifty-Second Omnibus Objection to the Claim of Creditor Nursing Association of America, Docket No 6480

15.   Supplemental Affidavit of Service of Rebecca V Childs Re: Reorganized Debtors' Supplement to its Fifty-Second Omnibus Objection to the Claim of Creditor Nursing Association of America [Docket No 6480], Docket No 6499.

16   Objection to Debtors' Supplement to Its Fifty-Second Omnibus Objection to the Claim of Creditor NAA and the Request for Continuation, Docket No 6540.

17   Certification of Counsel re: Order on Nursing Association of America Claim, Docket No 6556

18. Order (WITH REVISIONS OF THE COURT) Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection as it Relates to Claim No. 7269 by Nursing Association of America, Docket No. 6562.

19. Affidavit/Declaration of Service re: Order (WITH REVISIONS OF THE COURT) Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection as it Relates to Claim No. 7269 by Nursing Association of America, Docket No. 6564.

20. MPAN Claim No. 7269 by Nursing Association of America

21. Transcript: Hearing held on June 4, 2003

22. Transcript: Hearing held on September 11, 2003

23. Transcript: Hearing held on October 23, 2003, Docket No. 6440

24. Transcript: Hearing held on January 13, 2004

25. Transcript: Hearing held on February 13, 2004, Docket No. 6555.

26. Motion for Order Authorizing Payment of Claims of Critical Trade Vendors, Docket No. 12.

27. Order Authorizing Payment of Claims of Critical Trade Vendors, Docket No. 29

28. Appellee's Response by Mariner Post-Acute to Appellant's Opening Brief (Civil Action No. 04-0208, Docket No. 9)

29. Memorandum of Opinion of the District Court for the District of Delaware (Civil Action No. 04-0208).

30. Final order of the District Court for the District of Delaware (Civil Action No. 04-0208)

Dated: August 22, 2005
      Wilmington, Delaware

*/s/ Jason M. Madron*
Mark D. Collins (Del. Bar No. 2981)
Russell C. Silberglied (Del. Bar No. 3462)
Jason M. Madron (Del. Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Post Office Box 551
Wilmington, Delaware 01989
Telephone: (302) 651-7700
Facsimile (302) 651-7701

- and -

E. Penn Nicholson (Ga. Bar No. 543400)
Wendy L. Hagenau (Ga. Bar No. 316688)
Stephanie E. Dyer (Ga. Bar No. 253075)
POWELL GOLDSTEIN LLP
191 Peachtree Street, 16th Floor
Atlanta, Georgia 30303
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for the Reorganized Debtors*