IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARINER POST-ACUTE NETWORK, INC., | ) | Bankruptcy Case No. 00-00113 (MFW) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| RAJ SINGH d/b/a NURSING ASSOCIATION OF AMERICA, | ) ) | |
| | ) | |
| Appellant, | ) | CIVIL ACTION NO. 04-0208 (JJF) |
| vs. | ) | |
| | ) | |
| MARINER POST-ACUTE NETWORK, INC., | ) ) | |
| | ) | |
| Appellee. | ) | |

**CERTIFICATE OF SERVICE**

I, Jason M. Madron, do hereby certify that on August 22, 2005 a copy of the foregoing **Appellee's Counter-Designation of Items to be Included in Record on Appeal of Order Affirming the Order Granting Reorganized Debtors' Fifty-Second Omnibus (Substantive) Objection as it Relates to Claim No. 7269 by Nursing Association of America** was served on the party on the attached list and in the manner indicated thereon.

_____
Jason M. Madron (Del. Bar No. 4431)

RLF1-2913320-1

**VIA U.S. FIRST CLASS MAIL AND U.S. EXPRESS MAIL:**

Raj Singh
Nursing Association of America
P.O. Box 162783
Sacramento, California 95816

RLF1-2913320-1