APS-41

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3672

IN RE: MARINER POST ACUTE NETWORK, INC.,
Debtor

RAJ SINGH d/b/a Nursing
Association of America,

Appellant

v.

MARINER POST ACUTE NETWORK, INC.

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 04-cv-00208)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
November 3, 2005

Before: SLOVITER, MCKEE AND FISHER, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court

for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(b) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the district court entered July 8, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: November 18, 2005

Certified as a true copy and issued in lieu of a formal mandate on 12/20/05

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit