APPEAL

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00208-JJF
### Internal Use Only

05- 3672 record returned 3/6/06

In Re: Mariner Post-Acute v.
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 04/05/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**

**Mariner Post Acute Network, Inc.**     represented by **Etta R. Wolfe**
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Email: erw@skfdelaware.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**Raj Singh**
*doing business as*
Nursing Association of America

represented by **Raj Singh**
Raj Singh, Pro se
P.O. Box 162783
Sacramento, CA 95816
916-224-6236
PRO SE

FILED 2005 MAR -6 AM 10:13 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

V.

**Appellee**

**Mariner Post Acute Network, Inc.**     represented by **Etta R. Wolfe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Don Beskrone**
*TERMINATED: 05/02/2005*

represented by **Don Beskrone**
U.S. Trustee
844 King Street, Lockbox 35
Room 2313
Wilmington, DE 19801
(302) 573-6491